CA# 12-57177

From: **KEITH JUDD, Democratic Candidate for President of the United States 2016**
Reg. #11593-051, Unit A-1       FEC#C00302919, at, 1-800-424-9530
Federal Correctional Institute   www.fec.gov     1-800-872-9855
P.O. Box 7000
Texarkana, Texas, 75505
(432)686-4020, (432)686-...      Date: December 18, 2012

To: United States District Court For The District of Alaska

RECEIVED JAN 11 2013
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

RECEIVED JAN 29 2013
CLERK
U.S. COURT OF APPEALS

FILED _____
DOCKETED _____
DATE     INITIAL

## THE NEXT CIVIL WAR
A WELL REGULATED MILITIA BEING NECESSARY TO THE SECURITY OF A FREE STATE, THE RIGHT OF THE PEOPLE TO KEEP AND BEAR ARMS, <u>SHALL NOT BE INFRINGED</u>

WE THE PEOPLE of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defense, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this CONSTITUTION for the United States of America. (<u>Preamble to U.S. Constitution</u>).

In this Country, the PEOPLE are sovereign, and We have delegated our sovereignty through the Constitution to the States and the branches of the Federal Government. The Second Amendment is a COMMAND that the Right of the PEOPLE to Keep and Bear Arms, **shall not be infringed.** This is the relationship of the PEOPLE to the Government, whether it be State, Local or Federal Government, and to all other People and Foreign Governments.

As plain citizens, the PEOPLE are the **"well regulated Militia" being necessary** to the **security of a free State."** The "well regulated Militia" is not the State's police or the Military of the Government. It is this relationship of the PEOPLE to the Government that **shall not be infringed,** and this relationship is maintained by the Sovereign PEOPLE that Keep and Bear Arms, including **Assault Rifles.** This is the ultimate POWER OF THE PEOPLE to issue COMMANDS to the subservient Government.

To threaten or conspire to limit the Right of the PEOPLE to Keep and Bear Arms, is per se Treason against the Sovereignty of the PEOPLE and the United States by levying War against them, or in adhering to their Enemies, giving them Aid and Comfort, and to facilitate invasions of the Right of the PEOPLE to be Secure in their persons, houses, papers, and effects.

Under Article II of the Constitution, before taking Office, the President **"shall"** take the Oath to **"preserve, protect and defend the Constitution."**

Under Article VI of the Constitution, the Senators and Representatives in Congress, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, **"shall be bound by Oath or Affirmation, to support this Constitution."**

When the Government threatens to limit possession of Firearms, or to restrict sale and movement of Firearms the Sovereignty of the PEOPLE is under Attack and the relationship of the PEOPLE to the Government has changed by design to reduce them under absolute Despotism. When it is the Government that COMMANDS the PEOPLE, the character of Government has changed to that of **Tyrant.**

Further invasions and usurpation on the Sovereignty of the PEOPLE will provoke THE NEXT CIVIL WAR.

MY FIRST AMENDMENT OPINION,

*Keith Judd*
KEITH JUDD, Presidential Candidate

▽1

| | 15 | | | 16 | |
|---|---|---|---|---|---|
| (505)828-3300 | (843)281-9055 | (505)294-1427 | (212)395-1000 | (888)955-2265 | (800)762-5911 |
| (609)720-4200 | (505)823-7777 | (888)492-5510 | (505)246-6960 | (336)741-2000 | (614)249-7111 |
| (843)249-6662 | (952)936-1300 | (505)898-6121 | (212)578-2211 | (713)759-2600 | (212)761-4000 |
| (505)296-5866 | (800)476-6400 | (843)293-7338 | (203)356-5000 | (317)532-6000 | (863)688-1188 |
| (206)628-2111 | (843)626-7466 | (505)986-5900 | (404)827-1503 | (425)882-8080 | (800)922-7411 |
| (212)713-2000 | (479)290-4000 | (408)349-3300 | (866)878-5865 | (505)476-8400 | (843)839-5900 |
| (575)430-3494 | (703)903-2000 | (212)381-3500 | (843)444-5556 | (843)283-3300 | (717)761-2633 |
| (843)249-3525 | (704)590-0000 | (843)655-4331 | (505)341-8100 | (713)646-4100 | (800)919-0696 |
| (404)828-6000 | (757)629-2600 | (952)936-1300 | (212)852-7000 | (843)734-0652 | (505)294-5284 |
| (843)626-8555 | (843)756-7224 | (865)908-6383 | (505)823-4400 | (336)424-6000 | (919)844-2566 |
| (505)884-1615 | (312)997-8000 | (800)280-4654 | (713)629-6600 | (843)249-6317 | (314)877-7000 |
| (843)449-8640 | (843)663-1396 | (843)626-0150 | (781)522-3000 | (860)547-5000 | (505)899-4454 |
| (505)877-4757 | (703)854-6000 | (419)248-8000 | (505)292-6126 | (212)318-7000 | (212)258-6000 |
| (310)553-6262 | (800)768-3248 | (720)332-1000 | (734)710-2020 | (843)390-0998 | (843)626-7970 |
| (505)748-8808 | (650)506-7000 | (480)693-0800 | (413)744-1000 | (843)633-5721 | (505)884-7336 |
| (212)713-2000 | (505)843-7270 | (843)424-4994 | (800)609-6724 | (973)802-6000 | (800)786-6932 |
| (843)457-4257 | (877)995-4483 | (505)282-3184 | (505)255-3677 | (888)725-1074 | (843)267-0351 |
| (952)936-5000 | (703)876-3000 | (612)726-2111 | (877)424-2828 | (843)663-5433 | (817)415-3011 |
| (505)863-9031 | (505)890-9416 | (800)521-1249 | (505)566-5827 | (847)914-2500 | (505)982-2226 |
| (800)266-4738 | (212)415-3600 | (843)626-2412 | (513)983-1100 | (800)826-0294 | (843)663-9265 |
| (567)336-5000 | (203)373-2211 | (313)556-5000 | (505)344-5911 | (201)393-5000 | (414)382-2000 |
| (505)858-8333 | (800)326-6317 | (415)267-7000 | (202)225-6827 | (843)916-2000 | (800)545-6843 |
| (402)544-5000 | (212)573-2323 | (843)222-0646 | (914)238-1000 | (505)243-7255 | (505)884-1669 |
| (843)236-1993 | (843)280-2100 | (215)986-4011 | (505)348-9700 | (800)899-7780 | (412)434-3131 |
| (412)433-1121 | (505)843-9494 | (800)545-9011 | (212)270-6000 | (910)754-6890 | (843)280-2012 |
| (843)497-3324 | (310)208-8800 | (505)892-3191 | (781)401-5000 | (843)424-9551 | (704)590-0000 |
| (505)883-1800 | (505)989-4949 | (414)271-1444 | (505)266-0120 | (202)324-3447 | (505)823-7000 |
| (561)438-4800 | (860)728-7000 | (843)839-4961 | (202)707-8000 | (212)527-4000 | (843)293-5514 |
| (703)854-3400 | (843)249-3334 | (212)902-1000 | (855)891-8295 | (505)821-5580 | (202)334-6200 |
| (843)280-9922 | (800)444-0707 | (505)881-0777 | (212)526-7900 | (479)273-4000 | (505)272-9199 |
| (213)237-5000 | (650)253-0000 | (972)431-1000 | (215)592-3000 | (575)278-3002 | (843)491-6017 |
| (843)272-6626 | (914)767-6000 | (505)837-2909 | (505)867-8551 | (843)444-9068 | (505)821-7800 |
| (843)488-2227 | (843)282-2901 | (843)234-9733 | (713)512-6200 | (505)822-9200 | (910)269-6745 |
| (914)253-2000 | | (843)455-4558 | (212)576-7000 | | (866)874-2330 |

| | 13 | | | 14 | |
|---|---|---|---|---|---|
| (505)296-8739 | (212)975-4321 | (309)766-2311 | (704)366-5681 | (310)553-6262 | (843)399-9400 |
| (305)500-3726 | (914)640-8100 | (505)982-1931 | (843)293-1301 | (309)766-2311 | (505)243-6659 |
| (505)266-8611 | (843)249-6041 | (505)247-0584 | (212)578-2211 | (402)346-1400 | (408)540-3700 |
| (212)512-2000 | (505)294-9944 | (757)583-2450 | (505)897-0444 | (215)977-3000 | (713)241-6161 |
| (843)272-1380 | (720)332-1000 | (888)935-1800 | (843)903-9962 | (843)663-2265 | (505)924-8000 |
| (614)764-3100 | (505)837-5200 | (763)514-4000 | (973)802-6000 | (860)273-0123 | (843)272-9990 |
| (505)764-2920 | (925)467-3000 | (505)841-6161 | (952)828-4000 | (505)796-3462 | (401)421-2800 |
| (309)675-1000 | (800)968-5819 | (843)450-3376 | (505)323-9282 | (336)379-2865 | (505)271-9600 |
| (888)694-4849 | (505)843-6333 | (206)447-1575 | (414)271-1444 | (704)321-2752 | (843)249-7066 |
| (630)598-8100 | (843)457-4625 | (505)984-2012 | (973)445-5000 | (843)388-2718 | (612)733-1110 |
| (843)916-4544 | (877)310-5843 | (843)272-6626 | (575)437-2202 | (818)549-6000 | (505)260-8100 |
| (203)968-3000 | (415)983-8300 | (505)685-4333 | (312)544-2000 | (505)892-0509 | (212)761-5000 |
| (505)292-7337 | (843)399-8424 | (908)298-4000 | (281)584-1390 | (843)249-1454 | (888)848-6625 |
| (972)444-1000 | (508)253-5000 | (505)842-5924 | (310)208-8800 | (505)242-5942 | (843)281-1339 |
| (505)293-6133 | (505)237-8000 | (253)924-2345 | (212)490-9000 | (212)576-7000 | (612)304-6073 |
| (713)241-6161 | (910)642-5510 | (215)630-0560 | (312)222-9100 | (505)292-0405 | (505)332-1403 |
| (843)828-4300 | (804)327-5200 | (505)821-2124 | (212)484-8000 | (847)482-5000 | (800)288-2227 |
| (650)960-1000 | (843)663-1393 | (704)909-9794 | (303)279-6565 | (706)323-3431 | (614)249-7111 |
| (505)764-0302 | (269)923-5000 | (201)269-3400 | (843)427-3030 | (505)246-2614 | (843)249-8484 |
| (818)560-1000 | (505)859-3612 | (505)884-2675 | (972)995-2011 | (847)576-5000 | (212)484-8000 |
| (216)566-2000 | (330)682-3000 | (512)477-4455 | (408)996-1010 | (505)842-2937 | (505)243-7861 |
| (505)883-1260 | (843)235-9847 | (505)982-1559 | (312)899-3400 | (603)772-9500 | (312)222-9100 |
| (843)293-4788 | (904)783-5000 | (312)346-6600 | (408)721-5000 | (843)249-5050 | (505)268-5933 |
| (757)365-3000 | (843)249-5424 | (212)559-1000 | (212)556-1234 | (212)556-1234 | (702)693-7120 |
| (505)831-6317 | (214)792-4000 | (973)660-5000 | (952)888-8801 | (505)345-4056 | (505)828-3208 |
| (641)585-3535 | (843)692-9662 | (505)343-0007 | (210)821-4105 | (843)361-9000 | (678)514-4100 |
| (505)291-3195 | (312)644-2121 | (408)349-3300 | (770)407-3800 | (508)390-1000 | (843)361-2810 |
| (843)272-8150 | (803)548-6900 | (505)255-8695 | (713)646-4100 | (843)249-6755 | (505)727-3535 |
| (908)423-1000 | (515)284-3000 | (210)822-2828 | (973)617-3500 | (505)232-6726 | (630)753-5000 |
| (505)292-8877 | (215)761-1000 | (505)884-6262 | (505)880-8898 | (425)882-8080 | (505)898-6388 |
| (202)752-7000 | (505)247-4570 | (502)874-8300 | (843)448-7337 | (575)437-2741 | (214)631-4420 |
| (703)433-4000 | (843)839-9623 | (843)249-6662 | (505)243-4411 | (202)633-1000 | (505)299-4487 |
| (505)884-7777 | (800)768-8862 | (505)889-8071 | (212)852-7000 | (503)671-6453 | (432)333-7784 |
| (432)580-6397 | | | (800)568-1800 | | (505)243-8044 |

2

| | 9 | | | 10 | |
|---|---|---|---|---|---|
| (202)349-1155 | (800)572-1717 | (800)331-1620 | (612)291-1000 | (804)486-4000 | (401)333-1200 |
| (847)937-6100 | (800)422-4453 | (312)899-3400 | (212)583-5000 | (212)889-2210 | (215)698-5100 |
| (202)266-8200 | (323)954-1600 | (217)424-5200 | (301)443-4513 | (408)526-4000 | (904)359-3200 |
| (212)286-2860 | (800)891-5390 | (916)558-6880 | (410)716-3900 | (212)559-1000 | (703)836-0850 |
| (800)344-4867 | (888)674-6854 | (804)782-4800 | (202)777-2042 | (202)393-7878 | (401)765-1500 |
| (860)273-0123 | (860)870-0070 | (301)790-3930 | (816)854-3000 | (210)822-2828 | (419)535-4500 |
| (703)836-0774 | (703)548-3440 | (717)397-0611 | (757)563-1600 | (212)870-3400 | (801)569-4672 |
| (800)722-4673 | (212)770-7000 | (800)221-4602 | (214)854-3000 | (510)271-7000 | (407)245-4000 |
| (706)323-3431 | (800)344-4823 | (301)587-1788 | (312)544-2000 | (404)676-2121 | (214)303-3400 |
| (317)927-8000 | (212)944-4050 | (212)227-8080 | (800)683-5555 | (847)699-2929 | (202)336-5500 |
| (800)231-4222 | (312)202-5000 | (800)528-2971 | (804)289-9600 | (212)310-2000 | (309)765-8000 |
| (206)392-5040 | (410)296-0232 | (800)826-3632 | (202)662-7500 | (800)527-5344 | (512)338-4400 |
| (615)742-9945 | (416)363-0177 | (703)790-0320 | (212)546-4000 | (785)233-5171 | (703)506-3290 |
| (800)327-4545 | (888)723-3366 | (248)435-1000 | (800)677-1116 | (212)308-1414 | (415)247-3000 |
| (708)450-3000 | (732)980-6000 | (847)831-3438 | (502)585-1100 | (215)286-1700 | (703)243-7100 |
| (212)838-2560 | (301)634-7130 | (859)815-3333 | (212)460-1400 | (703)683-9027 | (800)331-2020 |
| (208)395-6200 | (888)643-5552 | (202)624-5890 | (314)854-4000 | (305)415-2199 | (213)386-8784 |
| (212)541-7800 | (817)963-1234 | (505)891-2664 | (800)729-6686 | (392)596-5223 | (248)813-2000 |
| (412)553-4545 | (217)328-3870 | (210)821-4105 | (847)735-4700 | (866)282-8048 | (301)496-1752 |
| (703)707-6000 | (847)228-9900 | (800)422-6237 | (305)378-3000 | (818)773-9999 | (404)715-2600 |
| (412)394-2800 | (312)726-6000 | (414)355-2200 | (703)528-0720 | (703)876-1000 | (714)935-9993 |
| (416)961-7223 | (847)402-5000 | (954)769-6000 | (817)352-7171 | (402)595-4000 | (480)754-3425 |
| (480)627-2700 | (202)526-3240 | (703)519-6200 | (516)803-2300 | (703)907-7300 | (800)522-2222 |
| (800)346-2742 | (503)244-7404 | (314)534-0475 | (212)269-7797 | (281)293-1000 | (330)490-4000 |
| (202)456-7041 | (800)221-2141 | (800)332-1000 | (856)342-4800 | (212)460-4600 | (304)754-5077 |
| (807)274-2200 | (203)744-0100 | (212)282-5000 | (202)707-5100 | (703)370-7436 | (501)376-5200 |
| (212)997-0947 | (419)924-9000 | (202)898-2444 | (212)975-4321 | (713)324-2950 | (800)421-8453 |
| (206)266-1000 | (515)271-2281 | (704)386-5681 | (925)842-1000 | (800)562-6265 | (818)560-1000 |
| (847)434-4000 | (314)577-2000 | (800)955-4572 | (623)580-4646 | (607)974-9000 | (203)877-4281 |
| (614)716-1000 | (914)997-4488 | (212)633-3300 | (513)784-8000 | (800)227-2345 | (303)986-3309 |
| (703)274-3900 | (408)996-1010 | (585)338-6000 | (609)683-5900 | (425)313-8100 | (972)673-7000 |
| (212)640-2000 | (215)238-3000 | (847)948-2000 | (215)761-1020 | (202)289-4434 | (818)879-6600 |
| (773)880-9860 | (704)365-2343 | (201)847-6800 | (847)925-8070 | (203)363-7300 | (312)326-8000 |
| (216)252-7300 | | (402)346-1400 | (513)459-1200 | | (989)636-1000 |

| | 7 | | | 8 | |
|---|---|---|---|---|---|
| (202)659-8111 | | (571)481-9100 | (412)232-3444 | | (773)867-1777 |
| (212)563-6920 | (202)328-2010 | (312)988-5000 | (269)429-0300 | (847)706-3500 | (301)897-8800 |
| (703)866-0020 | (401)455-4000 | (212)563-5904 | (816)891-6600 | (212)274-0343 | (703)739-2240 |
| (202)895-1800 | (202)462-1400 | (202)223-3111 | (202)667-4550 | (317)839-8157 | (212)937-0074 |
| (602)379-0101 | (770)965-3115 | (410)261-7283 | (440)824-6284 | (202)986-0540 | (215)336-3000 |
| (404)487-5700 | (202)223-6090 | (817)607-0060 | (719)540-8000 | (407)916-2400 | (212)570-3500 |
| (513)621-3553 | (415)972-2000 | (859)441-7300 | (202)730-7000 | (601)984-3504 | (952)858-6500 |
| (202)293-1700 | (703)860-4000 | (212)716-6240 | (212)465-6471 | (972)556-9900 | (202)986-8400 |
| (248)948-1010 | (202)393-5177 | (202)588-6000 | (202)328-4800 | (630)285-1121 | (323)846-1950 |
| (708)352-6611 | (800)325-2946 | (610)565-5051 | (508)543-8200 | (703)683-1400 | (215)898-4975 |
| (317)917-2500 | (202)628-1776 | (310)426-6000 | (207)798-4243 | (202)483-4224 | (800)788-4478 |
| (202)939-6125 | (301)967-4500 | (202)234-4212 | (202)783-5880 | (408)256-8900 | (718)560-5000 |
| (703)208-7200 | (202)862-1850 | (216)241-2630 | (504)733-0255 | (888)777-7077 | (302)831-1112 |
| (202)737-8700 | (816)333-7000 | (202)547-2900 | (202)347-5462 | (202)265-6280 | (212)751-4000 |
| (617)227-2429 | (202)682-8000 | (212)425-1200 | (920)569-7500 | (800)331-2244 | (303)649-9000 |
| (212)869-1330 | (330)887-5539 | (317)802-6060 | (212)879-4500 | (202)462-4822 | (202)452-6814 |
| (888)895-8662 | (818)363-5606 | (202)624-5300 | (202)939-6570 | (301)209-3100 | (602)379-7900 |
| (202)944-3600 | (773)380-2700 | (212)490-0534 | (615)399-0900 | (800)673-4692 | (212)505-7700 |
| (901)888-4667 | (202)966-3202 | (815)464-5690 | (202)842-4200 | (202)333-6000 | (703)207-9588 |
| (816)285-2010 | (804)355-1636 | (202)626-7300 | (301)254-9628 | (202)544-2422 | (215)561-1700 |
| (202)434-7177 | (205)251-7148 | (202)628-3507 | (202)238-3300 | (734)647-4760 | (800)345-6728 |
| (480)838-1751 | (817)649-2979 | (412)741-6860 | (703)684-5545 | (559)498-0510 | (305)623-6100 |
| (917)369-1025 | (202)612-6700 | (866)473-3672 | (202)785-4268 | (415)921-5225 | (212)852-8000 |
| (202)637-0700 | (617)450-2000 | (508)584-4169 | (832)667-2000 | (212)334-1660 | (615)564-5000 |
| (612)827-3611 | (202)737-3600 | (202)349-0400 | (202)387-1980 | (888)303-3640 | (703)549-2311 |
| (847)295-6600 | (901)276-4572 | (212)966-1990 | (201)935-8611 | (916)928-0000 | (202)463-7663 |
| (786)777-4328 | (202)347-3375 | (202)588-1500 | (317)297-2658 | (202)243-6500 | (508)746-3188 |
| (202)467-6490 | (301)628-5000 | (212)533-7800 | (202)265-3808 | (816)920-9300 | (920)749-3780 |
| (800)346-7348 | (202)289-9127 | (910)822-4534 | (210)444-5000 | (703)860-0200 | (503)234-9291 |
| (202)737-8320 | (704)358-7000 | (716)648-1800 | (202)879-4400 | (416)366-3865 | (215)557-6606 |
| (703)412-2400 | (309)558-3100 | (513)598-6222 | (406)454-1234 | (202)333-0008 | (801)325-2500 |
| (202)393-4695 | (202)737-6637 | (202)383-4800 | (800)336-4797 | (202)661-5000 | (202)628-5823 |
| (414)227-0500 | (201)935-8888 | (317)244-1247 | (202)429-1000 | (904)633-6000 | (412)562-2400 |
| (612)673-1600 | | (504)593-4700 | (301)496-4000 | | (312)422-8000 |

③

| | | | | ⑥ | |
|---|---|---|---|---|---|
| (202) 234-1450 | | (404) 636-8400 | (703) 873-0911 | | (312) 782-8424 |
| (703) 548-3118 | | (614) 898-7786 | (651) 487-7632 | (202) 554-1600 | (301) 718-2910 |
| (262) 789-1880 | (719) 636-1100 | (212) 807-1990 | (610) 526-2600 | | (301) 907-2862 |
| (202) 334-2000 | (202) 332-7100 | (202) 328-2273 | (215) 567-7000 | (732) 528-9797 | (719) 593-8840 |
| (202) 667-5881 | (816) 756-3390 | (202) 371-2830 | (703) 247-5800 | (212) 598-4000 | (202) 366-6601 |
| (202) 234-0540 | (617) 353-9361 | (631) 477-0033 | (202) 452-0100 | (215) 382-9800 | (561) 624-8400 |
| (202) 865-0053 | (202) 364-6792 | (704) 688-2549 | (510) 465-1617 | (571) 366-1000 | (800) 872-9622 |
| (404) 727-3100 | (630) 859-2000 | (212) 972-1785 | (404) 878-3800 | (212) 599-6192 | (615) 228-6292 |
| (212) 661-4323 | (703) 528-1902 | (615) 244-2355 | (202) 726-7100 | (317) 630-1200 | (202) 223-4975 |
| (816) 363-5525 | (202) 828-7100 | (202) 293-4800 | (312) 455-4000 | (972) 580-2000 | (415) 776-5600 |
| (703) 689-2270 | (617) 576-5000 | (314) 432-5650 | (256) 534-5501 | (202) 333-0606 | (212) 688-9410 |
| (202) 776-9600 | (202) 332-0333 | (202) 289-3100 | (303) 405-1100 | (212) 979-3600 | (317) 569-4500 |
| (202) 265-9717 | (570) 603-9740 | (318) 938-5402 | (202) 244-7488 | (202) 863-8000 | (304) 535-6331 |
| (800) 765-0107 | (202) 789-1430 | (212) 599-6196 | (510) 208-0500 | (202) 243-2400 | (202) 588-6500 |
| (785) 357-7222 | (202) 333-7121 | (202) 466-7767 | (212) 818-1200 | (301) 459-9600 | (816) 833-3995 |
| (202) 364-6730 | (816) 444-6800 | (202) 728-0200 | (847) 866-3000 | (202) 232-4400 | (866) 906-2437 |
| (732) 417-9229 | (202) 626-3000 | (336) 725-5955 | (212) 883-8200 | (703) 836-4300 | (215) 463-6000 |
| (312) 939-4764 | (202) 628-1500 | (414) 918-3189 | (202) 429-9100 | (301) 731-4535 | (202) 467-2800 |
| (202) 342-2214 | (202) 223-3517 | (415) 362-2352 | (314) 345-9600 | (703) 841-4300 | (703) 836-3354 |
| (313) 926-5000 | (630) 571-5466 | (202) 939-9261 | (202) 483-4025 | (510) 653-0998 | (573) 882-5736 |
| (512) 478-5748 | (212) 713-8000 | (314) 371-0533 | (216) 420-2000 | (717) 697-2634 | (202) 371-8280 |
| (202) 857-6600 | (949) 858-8255 | (415) 977-5500 | (207) 553-4000 | (813) 281-0300 | (212) 355-6100 |
| (202) 939-9300 | (202) 342-3800 | (202) 362-0090 | (202) 467-0801 | (202) 338-8565 | (801) 240-1000 |
| (305) 626-7400 | (888) 567-2258 | (202) 861-0737 | (661) 823-6250 | (202) 737-8484 | (877) 227-9142 |
| (212) 629-8080 | (202) 387-8760 | (202) 488-8787 | (202) 234-5002 | (888) 781-9331 | (202) 745-7900 |
| (212) 317-0533 | (301) 933-8600 | (800) 822-9919 | (214) 747-6287 | (202) 434-1100 | (212) 629-3322 |
| (718) 507-6387 | (800) 666-0206 | (202) 488-7000 | (619) 795-5000 | (866) 423-5849 | (303) 357-1000 |
| (202) 328-2273 | (202) 833-1200 | (202) 965-4760 | (202) 331-1313 | (202) 232-6313 | (202) 833-7000 |
| (317) 247-5151 | (202) 537-3100 | (713) 259-8000 | (248) 377-0100 | (704) 688-8600 | (212) 872-3700 |
| (407) 624-8400 | (800) 322-4253 | (202) 835-1714 | (973) 605-1991 | (703) 525-0050 | (412) 323-5000 |
| (202) 237-1054 | (202) 232-8777 | (323) 224-1500 | (202) 434-1300 | (412) 258-3066 | (317) 635-3100 |
| (386) 274-6200 | (206) 332-9688 | (202) 637-5000 | (510) 986-2200 | (202) 637-3000 | (202) 216-4420 |
| (212) 697-1505 | (703) 647-4900 | (414) 902-4400 | (202) 887-5300 | (847) 742-5100 | (713) 627-3865 |
| (212) 688-9622 | (202) 721-0660 | (202) 783-3788 | (703) 697-1776 | (901) 947-9300 | (202) 833-4000 |

| | ⑪ | | | ⑫ | |
|---|---|---|---|---|---|
| (310) 278-4321 | | (859) 232-2000 | (312) 419-9094 | | (330) 796-2121 |
| (770) 433-8211 | (703) 524-7600 | (617) 357-9500 | (704) 594-6200 | (800) 969-6642 | (650) 253-0000 |
| (973) 455-2000 | (414) 524-1200 | (800) 962-9629 | (212) 923-4700 | (800) 633-4766 | (301) 565-6710 |
| (651) 454-7250 | (800) 525-3243 | (614) 415-7000 | (973) 921-5500 | (800) 448-0440 | (800) 992-9392 |
| (507) 437-5611 | (212) 642-3860 | (248) 960-2180 | (302) 774-1000 | (951) 351-3500 | (800) 638-8299 |
| (617) 351-5000 | (212) 903-7976 | (212) 354-4900 | (613) 230-3580 | (416) 922-6065 | (410) 659-9314 |
| (212) 668-1000 | (212) 642-3860 | (207) 592-3028 | (800) 698-3324 | (312) 335-8700 | (410) 531-4000 |
| (416) 227-9700 | (800) 232-7437 | (312) 542-9000 | (216) 523-5000 | (914) 761-1100 | (201) 573-9700 |
| (847) 267-1252 | (202) 429-6695 | (301) 897-6000 | (408) 376-7400 | (469) 398-7000 | (202) 785-1997 |
| (502) 580-1000 | (212) 270-6000 | (800) 345-4372 | (626) 302-2222 | (202) 467-5081 | (713) 759-2600 |
| (800) 232-4666 | (734) 522-7200 | (212) 521-2000 | (212) 888-8171 | (800) 222- | (336) 519-4400 |
| (800) 787-6537 | (201) 573-9000 | (800) 545-2433 | (650) 628-1500 | (202) 628-4410 | (414) 342-4680 |
| (212) 314-7300 | (713) 753-3011 | (925) 937-1170 | (843) 377-0900 | (212) 720-3700 | (416) 488-8772 |
| (514) 369-4806 | (800) 799-7233 | (800) 638-8255 | (972) 604-6000 | (818) 880-9007 | (702) 407-6000 |
| (618) 453-5731 | (269) 961-2000 | (856) 795-5553 | (212) 586-8424 | (313) 322-3000 | (800) 621-8335 |
| (847) 724-7500 | (613) 526-1584 | (336) 335-7000 | (317) 276-2000 | (850) 671-5164 | (860) 547-5000 |
| (800) 227-8922 | (800) 242-4453 | (301) 565-3842 | (713) 420-2600 | (847) 484-4400 | (877) 226-4267 |
| (441) 295-2838 | (918) 582-5188 | (800) 586-4872 | (800) 328-8476 | (312) 454-5100 | (312) 372-6300 |
| (703) 620-9840 | (248) 362-4444 | (704) 758-1000 | (508) 435-1000 | (800) 521-5247 | (800) 242-8721 |
| (408) 765-8080 | (800) 232-6372 | (866) 367-8752 | (212) 363-5555 | (703) 903-2000 | (212) 870-2310 |
| (800) 221-7437 | (972) 281-1200 | (513) 579-7000 | (314) 553-2000 | (202) 289-0222 | (401) 431-8697 |
| (314) 845-9200 | (301) 459-8446 | (800) 221-2483 | (202) 347-1140 | (703) 854-6000 | (615) 344-9551 |
| (914) 499-1900 | (316) 828-5500 | (414) 961-1000 | (314) 985-2000 | (414) 272-6071 | (800) 727-8462 |
| (901) 419-7000 | (800) 222-5864 | (973) 252-9800 | (703) 684-2782 | (650) 952-4400 | (214) 360-6149 |
| (866) 746-4282 | (800) 342-2383 | (713) 629-6600 | (212) 572-4200 | (800) 365-2219 | (412) 456-5700 |
| (816) 502-4000 | (847) 646-2000 | (800) 621-8335 | (312) 394-7398 | (949) 471-7000 | (248) 486-7137 |
| (212) 209-2500 | (718) 224-2999 | (301) 380-3000 | (703) 739-2782 | (877) 986-9472 | (800) 352-9424 |
| (626) 331-0616 | (800) 932-2423 | (313) 274-7400 | (972) 444-1000 | (703) 876-3000 | (717) 534-4200 |
| (718) 286-7900 | (513) 762-4000 | (800) 533-2873 | (202) 752-7000 | (203) 775-0471 | (201) 307-2000 |
| (800) 422-4453 | (734) 242-1444 | (413) 744-1000 | (800) 932-2728 | (203) 373-2211 | (202) 785-7740 |
| (330) 656-2600 | (973) 882-1170 | (301) 562-9890 | (908) 604-8686 | (763) 764-7600 | (212) 997-8500 |
| (732) 524-0400 | (417) 358-8131 | (310) 252-2000 | (901) 818-7500 | (800) 283-7800 | (650) 857-1501 |
| (301) 951-4422 | (212) 526-7000 | (916) 321-1846 | (303) 488-2007 | (313) 556-5000 | (812) 934-7000 |
| (262) 260-2000 | (415) 501-6000 | (630) 623-3000 | (212) 902-1000 | (770) 953-1700 | (703) 697-1776 |



**Column 1 (top)**
- (703) 836-6767
- (202) 872-4600
- (800) 228-0007
- (202) 334-2000
- (202) 939-7000
- (407) 444-7000
- (202) 723-0437
- (202) 537-1645
- (516) 560-8200
- (202) 337-3500
- (662) 332-3000
- (215) 336-3600
- (202) 332-6280
- (212) 867-6650
- (703) 274-3900
- (202) 364-1200
- (410) 268-6110
- (202) 863-8500
- (202) 622-3895
- (800) 228-7492
- (623) 772-3200
- (202) 895-5400
- (412) 642-1300
- (202) 298-5800
- (314) 622-2500
- (301) 562-0777
- (202) 785-1156
- (314) 996-1236
- (202) 265-4171
- (408) 287-7070
- (703) 461-4666
- (202) 797-3000
- (301) 634-7145
- (202) 667-0501

**Column 2 (top)**
- (703) 276-8800
- (202) 429-5300
- (202) 364-6781
- (941) 487-2560
- (202) 588-0101
- (212) 870-2500
- (765) 642-0256
- (202) 633-6550
- (215) 885-5601
- (202) 944-9601
- (202) 332-2200
- (202) 223-4942
- (404) 727-3049
- (615) 320-3203
- (202) 234-7200
- (212) 299-9000
- (202) 234-5860
- (703) 354-2140
- (202) 265-9671
- (212) 262-5161
- (502) 589-1776
- (212) 750-8064
- (617) 523-0655
- (202) 543-0400
- (202) 265-9671
- (410) 580-5777
- (212) 563-5222
- (202) 319-1976
- (816) 833-3892
- (510) 864-5000
- (202) 944-6195
- (813) 301-6500
- (604) 899-7400

**Column 3 (top)**
- (212) 645-7424
- (240) 646-7054
- (407) 647-8839
- (302) 731-1600
- (202) 328-2500
- (212) 730-1770
- (202) 789-0031
- (202) 319-1991
- (800) 529-2337
- (847) 228-0200
- (202) 466-8320
- (202) 289-7442
- (202) 216-0460
- (800) 380-1896
- (202) 265-2800
- (877) 329-3774
- (800) 672-3888
- (202) 895-5400
- (703) 860-0200
- (800) 872-2672
- (202) 362-5122
- (303) 794-7711
- (202) 293-7330
- (202) 238-6401
- (209) 452-1713
- (212) 675-1141
- (202) 518-5700
- (215) 463-2500
- (202) 785-3910
- (202) 895-6700
- (202) 266-2200
- (202) 265-5525
- (800) 785-3910
- (416) 815-5700

**Column 4 (top)**
- (615) 244-2840
- (800) 347-6647
- (866) 871-0656
- (202) 265-8790
- (800) 385-9712
- (202) 479-2200
- (202) 966-0702
- (614) 883-2200
- (202) 628-8669
- (808) 834-6775
- (714) 940-2000
- (202) 244-1491
- (202) 667-4737
- (202) 387-0174
- (514) 932-2582
- (716) 636-7571
- (202) 939-5663
- (703) 684-6777
- (317) 630-1200
- (202) 338-5141
- (718) 293-4300
- (202) 654-6000
- (202) 728-1600
- (716) 855-4100
- (202) 342-2574
- (403) 777-2177
- (202) 223-4383
- (919) 467-7825
- (703) 684-0300
- (303) 405-1109
- (202) 785-1746
- (614) 246-4625
- (202) 396-0558
- (213) 742-7100
- (651) 602-6000

**Column 5 (top)**
- (202) 466-0222
- (623) 580-4646
- (703) 358-1000
- (202) 232-5488
- (901) 758-3825
- (202) 234-5414
- (800) 424-8200
- (301) 897-8720
- (202) 237-1838
- (301) 495-1240
- (202) 232-5700
- (202) 667-4737
- (202) 783-7400
- (212) 972-3105
- (703) 276-0100
- (202) 234-1530
- (212) 753-8287
- (781) 862-4410
- (202) 332-5577
- (202) 654-6000
- (800) 262-5646
- (202) 328-2840
- (508) 677-0515
- (202) 667-1130
- (314) 776-7574
- (612) 375-1366
- (202) 682-1740
- (312) 455-7000
- (202) 332-3344
- (313) 396-7524
- (202) 939-6300
- (727) 825-3137
- (780) 414-4000

**Column 6 (top)**
- (732) 981-0060
- (310) 289-2000
- (312) 440-2500
- (202) 541-3000
- (202) 238-2700
- (202) 429-1965
- (214) 946-8913
- (202) 387-6101
- (212) 481-1500
- (202) 296-1585
- (336) 725-5811
- (212) 532-4949
- (202) 483-7800
- (703) 741-5000
- (202) 333-7117
- (212) 972-3636
- (202) 332-6416
- (202) 986-2600
- (202) 234-6108
- (510) 638-4900
- (202) 462-4009
- (703) 750-1342
- (773) 755-4700
- (202) 797-5533
- (847) 864-1397
- (202) 462-7979
- (408) 562-4949
- (202) 293-7146
- (206) 346-4000
- (888) 635-4295
- (202) 965-6820
- (954) 835-7000
- (817) 273-5222
- (416) 341-1000

**Column 1 (bottom)**
- (847) 299-4227
- (212) 626-0500
- (800) 548-2723
- (202) 797-1000
- (905) 763-7512
- (202) 483-1407
- (866) 672-4968
- (202) 234-2945
- (216) 228-9400
- (202) 745-3680
- (478) 477-1208
- (212) 259-4900
- (202) 588-5899
- (312) 674-1000
- (202) 483-6960
- (703) 683-5700
- (202) 686-4520
- (412) 432-7800
- (405) 685-7969
- (202) 234-4300
- (216) 420-4200
- (202) 833-9860
- (202) 387-6121
- (202) 408-7500
- (202) 331-0270
- (800) 662-2620
- (202) 467-9300
- (314) 982-7267
- (615) 770-2355
- (202) 939-1306
- (973) 757-6100
- (202) 234-3800
- (516) 501-6700
- (613) 599-0250

**Column 2 (bottom)**
- (703) 836-2222
- (202) 350-5400
- (212) 645-4048
- (202) 274-9100
- (423) 472-3361
- (316) 283-5100
- (202) 785-1399
- (314) 516-4723
- (800) 584-7336
- (202) 332-4090
- (516) 921-6319
- (202) 274-1600
- (703) 528-1775
- (202) 797-8518
- (312) 567-3307
- (765) 342-8456
- (917) 770-5598
- (865) 546-4578
- (202) 332-4846
- (703) 383-0907
- (212) 750-1637
- (888) 728-7228
- (202) 298-5700
- (212) 563-4000
- (202) 234-7690
- (413) 543-4770
- (202) 232-2882
- (313) 471-2000
- (212) 876-7700
- (202) 265-2561
- (757) 622-7382
- (202) 624-6800

**Column 3 (bottom)**
- (212) 621-6000
- (202) 464-4622
- (312) 781-2000
- (202) 462-5772
- (323) 951-4000
- (212) 689-7810
- (202) 387-2390
- (610) 862-7566
- (202) 383-9005
- (410) 685-9800
- (317) 547-9541
- (202) 298-4000
- (212) 265-7000
- (703) 860-0200
- (202) 265-6900
- (617) 267-9440
- (412) 788-6505
- (978) 369-5310
- (202) 326-6400
- (202) 387-8338
- (914) 378-2000
- (202) 686-2636
- (630) 668-1571
- (202) 906-4300
- (404) 522-1420
- (802) 257-7751
- (202) 464-6200
- (212) 558-5300
- (202) 745-4952
- (816) 921-8000
- (216) 382-3559
- (215) 636-9872
- (202) 572-5500
- (212) 465-6000

**Column 4 (bottom)**
- (202) 406-3600
- (913) 906-6000
- (770) 447-5083
- (202) 319-2660
- (201) 871-7954
- (202) 724-0270
- (212) 870-2533
- (202) 362-6730
- (212) 650-4000
- (314) 837-7300
- (202) 775-5200
- (703) 841-3200
- (404) 522-7630
- (202) 244-0183
- (773) 404-2827
- (888) 223-1280
- (202) 965-4990
- (317) 774-7900
- (202) 939-9200
- (703) 726-7000
- (202) 296-4031
- (561) 391-8833
- (626) 914-4761
- (202) 483-4410
- (800) 514-2695
- (703) 841-5300
- (317) 917-6222
- (203) 752-4000
- (386) 253-0611
- (714) 940-2900
- (202) 337-1500
- (404) 878-3300
- (617) 624-1900
- (816) 595-8000

**Column 5 (bottom)**
- (800) 946-0201
- (888) 687-2277
- (202) 966-7702
- (703) 908-6400
- (202) 572-9700
- (202) 232-3579
- (202) 265-6653
- (626) 793-5100
- (202) 342-1111
- (813) 979-6875
- (703) 383-6220
- (202) 483-7500
- (317) 875-8755
- (202) 232-6656
- (888) 434-5955
- (202) 462-3611
- (802) 244-7037
- (617) 770-3000
- (202) 462-3939
- (202) 427-5609
- (301) 565-6714
- (407) 933-2064
- (202) 452-0660
- (202) 887-0278
- (301) 258-8276
- (908) 276-7300
- (202) 333-6900
- (216) 736-2100
- (202) 466-3234
- (513) 765-7000
- (202) 238-6700
- (703) 267-1000

**Column 6 (bottom)**
- (303) 756-9090
- (623) 580-4646
- (703) 684-2800
- (215) 662-0506
- (301) 897-8616
- (202) 332-9636
- (602) 462-6500
- (212) 599-6194
- (617) 742-2100
- (703) 858-0784
- (808) 455-1600
- (202) 364-5500
- (818) 248-7737
- (202) 332-2249
- (417) 862-5001
- (512) 232-0100
- (202) 612-4400
- (816) 756-3390
- (202) 462-1177
- (417) 862-2781
- (202) 986-1604
- (301) 680-6000
- (505) 326-1579
- (212) 490-9660
- (303) 292-0200
- (617) 472-8800
- (202) 966-2664
- (615) 742-5406
- (813) 870-2700
- (847) 733-3400
- (202) 244-4990
- (719) 632-5551
- (317) 715-4100
- (615) 565-4000